**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 3:10-bk-01596 |
| RQB Resort, LP,[1] | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 3:10-bk-01599 |
| RQB Development, LP, | ) | Chapter 11 |
| Debtor. | ) | |

**DEBTORS' MOTION TO AUTHORIZE
JOINT ADMINISTRATION OF CHAPTER 11 CASES
AND REQUEST FOR EMERGENCY HEARING**

RQB Resort, LP and RQB Development, LP (collectively, the "Debtors"), move the Court pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order authorizing the joint administration of the Debtors' chapter 11 cases for procedural purposes only (the "Motion"), and request the Court hold an emergency hearing on the Motion. In support of the Motion, the Debtors state:

---

[1] RQB Resort, LP's tax identification number is 86-1161952. RQB Development, LP's tax identification number is 13-4322680. The principal address of each debtor is 1000 PGA Tour Boulevard, Ponte Vedra Beach, FL 32082.

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. On March 1, 2010 (the "Petition Date"), the Debtors each filed a voluntary petition for relief (collectively, the "Chapter 11 Cases") under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). Information regarding the Debtors, including their business operations, capital and debt structure and the events leading to the filing of these cases is contained in the Case Summary the Debtors filed with the Court on the Petition Date (D.E. 2).

3. The Debtors operate their businesses and manage their properties as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner or committee has been appointed in these Chapter 11 cases.

4. By this Motion, the Debtors seek entry of an order pursuant to Bankruptcy Rule 1015, directing the joint administration of the Debtors' Chapter 11 Cases for procedural purposes only and establishing a caption for the jointly administered cases.

5. Bankruptcy Rule 1015(b) provides that "if . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order the joint administration of the estates of the debtor and such affiliates." Fed. R. Bankr. Proc. 1015(b)(4). The Debtors in these proceedings, RQB Resort and RQB Development, are affiliates within the meaning of Section 101 of the Bankruptcy

Code because they are controlled by the same limited partners. Joint administration is therefore appropriate under Bankruptcy Rule 1015(b).

6. Joint administration is intended for "the ease of administration" and "to aid the Court in expediting proceedings and to make the cases less costly." *In re PL Liquidation Corp.*, 305 B.R. 629, 632 (Bankr. D. Del. 2004). Joint administration "does not alter the substantive rights of creditors. The estates remain separate, and a creditor with a claim in one case has no right to distribution from the estate in any other case." *In re Ben Franklin Retail Stores, Inc.*, 214 B.R. 852, 857 (Bankr. N.D. Ill. 1997).

7. As held by the Eleventh Circuit:

> Joint administration is thus a procedural tool permitting use of a single docket for administrative matters, including the listing of filed claims, the combining of notices to creditors of the different estates, and the joint handling of other ministerial matters that may aid in expediting the cases. Rule 1015, Advisory Committee Note (1983). Used as a matter of convenience and cost saving, it does not create substantive rights.
>
> *In re Reider*, 31 F.3d 1102, 1109 (11th Cir. 1994).

8. The Court's joint administration of these Chapter 11 cases will save time and money for all parties in interest and avoid duplicative and potentially confusing filings by allowing counsel to use a single caption on the numerous documents that will be served and filed in these Chapter 11 cases, and file the papers in one case.

9. In addition, this Court's joint administration of these cases will (i) relieve it of the burden of entering duplicative orders and maintaining duplicative files and (ii) permit the Clerk of the Court to use a single general docket for both of the Debtors' cases and to combine notices to creditors and other parties in interest.

10. The rights of the respective creditors of each of the Debtors will not be adversely affected by the joint administration of these cases because the relief sought is purely procedural and is not intended to affect substantive rights.

11. For these reasons, the Debtors request that these cases be jointly administered by the Court under the following caption:

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 3:10-bk-01596 |
| RQB Resort, LP and RQB Development, LP,[1] | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |

[TITLE OF MOTION, INCLUDING NAME OF APPLICABLE DEBTOR]

---

[1] RQB Resort, LP's tax identification number is 86-1161952. RQB Development, LP's tax identification number is 13-4322680. The principal address of each debtor is 1000 PGA Tour Boulevard, Ponte Vedra Beach, FL 32082.

12. The Debtors will give notice of this Motion to: (a) the Office of the United States Trustee for the Middle District of Florida; (b) the Internal Revenue Service; (c) counsel to Goldman Sachs Commercial Mortgage Capital, L.P., and (d) the parties

4

included on each of the Debtors' list of twenty largest unsecured creditors. No other notice is required.

## Conclusion

WHEREFORE, the Debtors request that the Court hold an emergency hearing on the Motion and enter an order substantially in the form attached as Exhibit A granting the requested relief and for such other relief as may be just.

Dated: March 1, 2010

                        SMITH HULSEY & BUSEY

                        By: */s/ Cynthia C. Jackson*
                            Stephen D. Busey
                            Cynthia C. Jackson

                        Florida Bar Number 117790
                        Florida Bar Number 498882
                        225 Water Street, Suite 1800
                        Jacksonville, Florida 32202
                        (904) 359-7700
                        cjackson@smithhulsey.com

                        Counsel for the Debtors

690149

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 3:10-bk-01596 |
| RQB Resort, LP,[1] ) | Chapter 11 |
| Debtor. ) | |

| | |
|---|---|
| In re: ) | Case No. 3:10-bk-01599 |
| RQB Development, LP, ) | Chapter 11 |
| Debtor. ) | |

## ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES

This case is before the Court on an emergency hearing on the Debtors' Motion for Joint Administration of Chapter 11 Cases (D.E. ___). Upon consideration of the Motion and having heard argument of counsel, it is

ORDERED:

1. The Motion is granted.

---

[1] RQB Resort, LP's tax identification number is 86-1161952. RQB Development, LP's tax identification number is 13-4322680. The principal address of each debtor is 1000 PGA Tour Boulevard, Ponte Vedra Beach, FL 32082.

2. The above-captioned cases shall be jointly administered by the Court under Case No. 3:10-bk-01596 in accordance with the provisions of Bankruptcy Rule 1015.

3. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| In re: | ) | Case No. 3:10-bk-01596 |
|---|---|---|
| RQB Resort, LP and RQB Development, LP,[1] | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |

[TITLE OF MOTION, INCLUDING NAME OF APPLICABLE DEBTOR]

---

[1] RQB Resort, LP's tax identification number is 86-1161952. RQB Development, LP's tax identification number is 13-4322680. The principal address of each debtor is 1000 PGA Tour Boulevard, Ponte Vedra Beach, FL 32082.

4. All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in Case No. 3:10-bk-01596.

5. The Debtors are authorized to file a single consolidated mailing matrix in these Chapter 11 cases.

Dated this _____ day of March, 2010 in Jacksonville, Florida.

_____
United States Bankruptcy Judge

Copies furnished to:

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202

Office of the U.S. Trustee
135 West Central Blvd., Suite 620
Orlando, FL 32801

All Creditors and Parties in Interest